```
1  JAN P. JOHNSON
   Standing Chapter 13 Trustee
2  Kristen A. Koo, State Bar #230856
   P. O. Box 1708
3  Sacramento, California 95812-1708
   (916) 492-8001
4  pobox1708@jpj13trustee.com
```

FILED
September 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002945330

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

KENNETH AGUIGUI,
TEODORA REMO-AGUIGUI,

Debtor(s)

Case No: 10-40109-B-13J
DC No.: JPJ-01

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN AND CONDITIONAL MOTION TO DISMISS CASE**

DATE: OCTOBER 19, 2010
TIME: 9:32 A.M.
COURTROOM: 32

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, objects to confirmation of the Debtor(s) Plan and does not recommend its confirmation as:

1. The trustee objects to attorney's fees being paid through the plan as the attorney has failed to file the Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys.

2. The debtor failed to provide the trustee with copies of his payment advices or other evidence of income received within the 60 day period prior to the filing of the petition. The debtor has failed to comply with 11 U.S.C. §521(a)(1)(B)(iv).

WHEREFORE the movant prays that the Court enter an order denying confirmation of

the debtor's Plan, and an order dismissing the case unless on or before November 2, 2010 the Debtor files a new plan and all necessary and related motions, including without limitation motions to value collateral and motions to avoid liens, properly serves the new plan and the motion(s), and sets the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar.

Dated: SEPTEMBER 22, 2010     /s/ Kristen A. Koo
KRISTEN A. KOO, Attorney for Trustee

**In re: 10-40109/Aguigui**